# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 02, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40779   USA v. Theiler
                  USDC No. 6:22-CR-3-2
                  USDC No. 6:22-CR-3-1
                  USDC No. 6:22-CR-3-3

The court has granted an extension of time to and including June 12, 2025 for filing appellants' brief in this case.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           /s/ Roeshawn Johnson
By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. Jeffrey J. Ansley
Mr. J.E. Shreve Ariail
Mr. Gene R. Besen
Mr. David Bitkower
Mr. Jason Doyle Cassel
Mr. Samuel M. Deau
Ms. Katherine M. Devlin
Mr. Adrian Garcia
Mr. Daniel Luke Geyser
Ms. Terri Lynn Hagan
Mr. Ryan Hedges
Mr. Matthew S. Hellman
Mr. Jack Wesley Hill
Ms. Traci Lynne Kenner
Mr. Elisha Kobre
Mr. Stephan Edward Oestreicher Jr.
Mr. Emanuel Powell III
Ms. Keisha N. Stanford
Mr. Bradley Elliot Visosky