No. 24-40779

# In the United States Court of Appeals for the Fifth Circuit

---

UNITED STATES OF AMERICA,
        *Plaintiff-Appellee*,

v.

MATTHEW JOHN THEILER; SUSAN L. HERTZBERG; DAVID WELDON KRAUS; THOMAS GRAY HARDAWAY,
        *Defendants-Appellants.*

---

On Appeal from the United States District Court for the Eastern District of Texas in No. 6:22-CR-3, Hon. Jeremy D. Kernodle, U.S. District Judge

---

**DEFENDANT-APPELLANT MATTHEW J. THEILER'S <u>UNOPPOSED</u> MOTION FOR LEAVE TO FILE OUT OF TIME THE OPENING BRIEF AND RECORD EXCERPTS**

---

        Daniel L. Geyser
        HAYNES AND BOONE, LLP
        2801 N. Harwood Street, Ste. 2300
        Dallas, TX  75201
        Tel.:  (303) 382-6219
        *daniel.geyser@haynesboone.com*

        *Counsel for Defendant-Appellant Matthew J. Theiler*

No. 24-40779

# In the United States Court of Appeals for the Fifth Circuit

---

United States of America,
    *Plaintiff-Appellee,*

v.

Matthew John Theiler; Susan L. Hertzberg; David Weldon Kraus; Thomas Gray Hardaway,
    *Defendants-Appellants.*

---

On Appeal from the United States District Court for the Eastern District of Texas in No. 6:22-CR-3, Hon. Jeremy D. Kernodle, U.S. District Judge

---

### CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of 5th Cir. Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

    1.    Matthew J. Theiler, Defendant-Appellant.

        a.  Daniel L. Geyser, counsel for Mr. Theiler.

        b.  Haynes and Boone, LLP, counsel for Mr. Theiler.

i

    c. Jason D. Cassel, counsel for Mr. Theiler.

    d. Cassel Law Firm, P.C., counsel for Mr. Theiler.

    e. Danielle M. Corcione, counsel for Mr. Theiler.

    f. Christopher R. Paldino, counsel for Mr. Theiler.

    g. Kathryn Pearson, counsel for Mr. Theiler.

    h. Chiesa Shahinian & Giantomasi PC, counsel for Mr. Theiler.

2. Susan L. Hertzberg, Defendant-Appellant.

    a. Matthew S. Hellman, counsel for Ms. Hertzberg.

    b. David Bitkower, counsel for Ms. Hertzberg.

    c. Keisha N. Stanford, counsel for Ms. Hertzberg.

    d. J.E. Shreve Ariail, counsel for Ms. Hertzberg.

    e. Emanuel Powell, III, counsel for Ms. Hertzberg.

    f. Jenner & Block, LLP, counsel for Ms. Hertzberg.

    g. Jack Wesley Hill, counsel for Ms. Hertzberg.

    h. J. Wesley Hill, P.C., counsel for Ms. Hertzberg.

3. David W. Kraus, Defendant-Appellant.

    a. Jeffrey J. Ansley, counsel for Mr. Kraus.

    b. Arianna G. Goodman, counsel for Mr. Kraus.

    c. Samuel M. Deau, counsel for Mr. Kraus.

d. Katherine M. Devlin, counsel for Mr. Kraus.

e. Vedder Price, P.C., counsel for Mr. Kraus.

f. Ryan Hedges, counsel for Mr. Kraus.

g. Baker & Hostetler, L.L.P., counsel for Mr. Kraus.

4. Thomas Gray Hardaway, Defendant-Appellant.

a. Gene R. Besen, counsel for Mr. Hardaway.

b. Elisha J. Kobre, counsel for Mr. Hardaway.

c. Sheppard, Mullin, Richter & Hampton, LLP, counsel for Mr. Hardaway.

5. Jeffrey Paul Madison, codefendant below.

6. United States of America, Plaintiff-Appellee.

a. Traci Lynne Kenner, counsel for the United States.

b. Abe McGlothin, Jr., counsel for the United States.

c. Stephan Edward Oestreicher, Jr., counsel for the United States.

d. Bradley E. Visosky, counsel for the United States.

e. Terri Lynn Hagan, counsel for the United States.

f. Adrian Garcia, counsel for the United States.

Respectfully submitted.

/s/ *Daniel L. Geyser*
Daniel L. Geyser
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Ste. 2300
Dallas, TX  75201
Tel.:  (303) 382-6219
*daniel.geyser@haynesboone.com*

*Counsel for Defendant-Appellant Matthew J. Theiler*

June 13, 2025

No. 24-40779

# In the United States Court of Appeals for the Fifth Circuit

---

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

v.

MATTHEW JOHN THEILER; SUSAN L. HERTZBERG; DAVID WELDON KRAUS; THOMAS GRAY HARDAWAY,
    *Defendants-Appellants.*

---

On Appeal from the United States District Court for the Eastern District of Texas in No. 6:22-CR-3, Hon. Jeremy D. Kernodle, U.S. District Judge

---

**DEFENDANT-APPELLANT MATTHEW J. THEILER'S <u>UNOPPOSED</u> MOTION FOR LEAVE TO FILE OUT OF TIME THE OPENING BRIEF AND RECORD EXCERPTS**

---

Pursuant to Fed. R. App. P. 27 and 5th Cir. R. 27.1.2, Defendant-Appellant Matthew J. Theiler respectfully requests leave to file out of time his opening brief and record excerpts in the above-captioned case. Lead counsel for all parties have kindly represented that their clients do <u>not</u> oppose this request.

1. The current deadline for Mr. Theiler's opening brief and record excerpts was June 12, 2025. Mr. Theiler submitted both documents on June 13,

1

2025, approximately 10.5 hours after the deadline.[1] Defendants-Appellants Theiler, Hertzberg, and Kraus previously sought and obtained a combined 37-day extension for this filing.[2] Mr. Theiler had not requested additional time in advance in the hope of minimizing any further inconvenience on the parties and the Court.

    2. This extension is necessary for two important reasons. *First*, although Mr. Theiler's counsel anticipated filing the opening brief and record excerpts by the June 12 deadline, the press of intervening matters, all requiring immediate and exhaustive attention, made it impractical to submit both documents in a comprehensive and responsible fashion by the existing deadline. Mr. Theiler's counsel has had competing deadlines and obligations in a variety of other matters, including the following:

- drafting and filing a petition for a writ of certiorari on February 20, 2025, in *Bronitsky, Chapter 13 Trustee* v. *Saldana*, No. 24-905, a case pending before the Supreme Court of the United States;

- drafting and filing a petition for a writ of certiorari on March 6, 2025, in *Grande Commc'ns Networks, LLC* v. *UMG Recordings,*

---

[1] The opening brief was filed at 10:25 a.m. CDT, and the record excerpts were filed at 10:31 a.m. CDT.

[2] Defendant-Appellant Hardaway was sentenced after the other defendants. While Hardaway's appeal has now been consolidated with these other pending cases, no deadline has yet been set for Hardaway's opening brief.

*Inc.*, No. 24-967, a case pending before the Supreme Court of the United States;

- drafting and filing a reply brief on March 10, 2025, in *4DD Holdings, LLC* v. *United States*, No. 24-1996, a case pending before the U.S. Court of Appeals for the Federal Circuit;

- drafting and filing a petition-stage response on April 1, 2025, in *Nabors Corporate Servs., Inc.* v. *City of Long Beach*, No. S289788, a case pending before the Supreme Court of California;

- drafting and filing a petition-stage response on April 15, 2025, in *Lexington Ins. Co.* v. *Suquamish Tribe*, No. 24-884, a case pending before the Supreme Court of the United States;

- serving on jury duty in El Paso County, CO, on April 28, 2025 (after a single allowed deferral);

- drafting and filing petition-stage reply brief on June 3, 2025, in *Grande Commc'ns*, *supra*, responding in part to a brief filed by the Office of the Solicitor General on May 27, 2025;

- drafting a merits-stage opening brief due for filing on June 3, 2025, in *Villarreal* v. *Texas*, No. 24-557, a case pending before the Supreme Court of the United States; and

- drafting and filing petition-stage reply brief on June 9, 2025, in *Bronitsky*, *supra*.

In light of these and other (confidential) obligations, and the profound importance of the issues presented in this case, Mr. Theiler required additional time—approximately 10.5 hours from Thursday night to Friday morning—to provide the Court with full and helpful briefing.

*Second*, these appeals present important and complex questions challenging a series of conspiracy convictions under the Anti-Kickback Statute, 42 U.S.C. 1320a-7b(b). The trial lasted over six weeks, involved over 20 days of testimony from 26 separate individuals, and included over 900 admitted exhibits. The appellate record spans nearly 14,000 pages in Mr. Theiler's case alone, and the briefing in this case was fact-intensive. Mr. Theiler added new lead appellate counsel who did not participate in the substantive proceedings below, and had competing deadlines and obligations that could not be avoided or moved.

The opening brief and record excerpts were filed approximately 10.5 hours after Thursday's deadline, and were submitted before noon on the next business day (Friday). The short amount of additional time devoted to the brief was necessary for Mr. Theiler's counsel to fully explore the issues and provide careful, comprehensive briefing to materially assist the Court's review. This slight delay (which Mr. Theiler's counsel deeply regrets) will not postpone the case's disposition, and this unopposed motion will not prejudice any party if it is granted.

3. Accordingly, Mr. Theiler respectfully requests that the Court grant leave to file his opening brief and record excerpts out of time.

5

        Respectfully submitted.

        /s/ *Daniel L. Geyser*
        Daniel L. Geyser
        HAYNES AND BOONE, LLP
        2801 N. Harwood Street, Ste. 2300
        Dallas, TX  75201
        Tel.:  (303) 382-6219
        *daniel.geyser@haynesboone.com*

        *Counsel for Defendant-Appellant Matthew J. Theiler*

June 13, 2025

## CERTIFICATE OF CONFERENCE

On June 13, 2025, Mr. Theiler's counsel contacted lead counsel for all parties about this motion. Counsel for all parties represented that their clients do not oppose this request.

>/s/ *Daniel L. Geyser*
> Daniel L. Geyser
> HAYNES AND BOONE, LLP
> 2801 N. Harwood Street, Ste. 2300
> Dallas, TX  75201
> Tel.:  (303) 382-6219
> *daniel.geyser@haynesboone.com*

June 13, 2025

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 741 words, as determined by the word-count function of Microsoft Word 2016, excluding the parts of the motion exempted by Fed. R. App. P. 27(d)(2).

2. This motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Expanded BT font.

<div style="text-align:right">
/s/ *Daniel L. Geyser*
Daniel L. Geyser
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Ste. 2300
Dallas, TX  75201
Tel.:  (303) 382-6219
*daniel.geyser@haynesboone.com*
</div>

June 13, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, an electronic copy of the foregoing Motion was filed with the Clerk of Court for the U.S. Court of Appeals for the Fifth Circuit, using the appellate CM/ECF system. I further certify that all parties in the case are represented by lead counsel who are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Daniel L. Geyser*
Daniel L. Geyser
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Ste. 2300
Dallas, TX 75201
Tel.: (303) 382-6219
*daniel.geyser@haynesboone.com*

June 13, 2025