# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 16, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40779   USA v. Theiler
                   USDC No. 6:22-CR-3-2
                   USDC No. 6:22-CR-3-1
                   USDC No. 6:22-CR-3-3
                   USDC No. 6:22-CR-3-5

The court has granted the motion to file brief out of time in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Roeshawn Johnson, Deputy Clerk
                        504-310-7998

Mr. Jeffrey J. Ansley
Mr. J.E. Shreve Ariail
Mr. Gene R. Besen
Mr. David Bitkower
Mr. Jason Doyle Cassel
Mr. Samuel M. Deau
Ms. Katherine M. Devlin
Mr. Adrian Garcia
Mr. Daniel Luke Geyser
Ms. Terri Lynn Hagan
Mr. Ryan Hedges
Mr. Matthew S. Hellman
Mr. Jack Wesley Hill
Ms. Traci Lynne Kenner
Mr. Elisha Kobre
Mr. Stephan Edward Oestreicher Jr.
Mr. Emanuel Powell III
Ms. Keisha N. Stanford
Mr. Bradley Elliot Visosky