No. 24-40779

# In the United States Court of Appeals
# For the Fifth Circuit

UNITED STATES OF AMERICA

*Plaintiff-Appellee*

v.

MATTHEW JOHN THEILER; SUSAN L. HERTZBERG;
DAVID WELDON KRAUS; THOMAS GRAY HARDAWAY

*Defendants-Appellants*

On Appeal from the United States District Court for the Eastern District of Texas
in No. 6:22-CR-3, Hon. Jeremy D. Kernodle, U.S. District Judge

**DEFENDANT-APPELLANT THOMAS GRAY HARDAWAY'S
<u>UNOPPOSED</u> MOTION FOR AN EXTENSION OF TIME FOR FILING
THE OPENING BRIEF AND RECORD EXCERPTS**

GENE R. BESEN
Texas Bar No. 24045491
GBesen@sheppardmullin.com
ELISHA J. KOBRE
Texas Bar No. 24127663
EKobre@Sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Telephone (469) 391-7400
Facsimile (469) 391-7401

COUNSEL FOR THOMAS GRAY
HARDAWAY

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Local Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1.    Plaintiff-Appellee **United States of America**.

2.    Defendants-Appellants **Matthew John Theiler, Susan L. Hertzberg, David Weldon Kraus, and Thomas Gray Hardaway**.

3.    The following law firms and counsel have participated in the case:

| **Plaintiff-Appellee** | **Counsel** |
| --- | --- |
| United States of America | Traci Lynne Kenner |
| | Abe McGlothin, Jr. |
| | Stephan Edward Oestreicher, Jr. |
| | Bradley E. Visosky |
| | Terri Lynn Hagan |
| | Adrian Garcia |
| | United States Attorney's Office |
| | Eastern District of Texas |
| | 101 East Park Boulevard, Suite 500 |
| | Plano, TX 75074 |

| **Defendant-Appellant** | **Counsel** |
| --- | --- |
| Matthew John Theiler | Daniel L Geyser |
| | Haynes and Boone, LLP |
| | 2801 N. Harwood Street, Suite 2300 |
| | Dallas, TX 75201 |
| | |
| | Jason D. Cassel |
| | The Cassel Law Firm |

1

204 N. Fredonia Street
Longview, TX 75601

Danielle M. Corcione
Christopher R. Paldino
Kathryn Pearson
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068

Susan L. Hertzberg

Matthew S. Hellman
David Bitkower
Keisha N. Stanford
J.E. Shreve Ariail
Emanuel Powell III
Jenner & Block, LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412

Jack Wesley Hill
J. Wesley Hill, P.C.
5380 Old Bullard Road, Suite 600
PMB 180
Tyler, TX 75703

David W. Kraus

Jeffrey J. Ansley
Arianna G. Goodman
Katherine M. Devlin
Vedder Price, P.C.
300 Crescent Court, Suite 400
Dallas, TX 75201

Thomas Gray Hardaway

Gene R. Besen
Elisha J. Kobre
Sheppard, Mullin, Richter & Hampton LLP
2200 Ross Avenue, 20th Floor
Dallas, TX 75201

Dated:  August 5, 2025

/s/ Gene R. Besen
GENE R. BESEN
*Counsel for Thomas Gary Hardaway*

Pursuant to Fed. R. App. P. 27 and 5th Cir. R. 27.1.1 and 31.4.3.1, Defendant-Appellant Thomas Gray Hardaway respectfully requests a 30-day extension of time for filing his opening brief and record excerpts. This extension is necessary for compelling reasons, including the death of Mr. Hardaway's father last Wednesday, July 30, 2025, and Mr. Hardaway's impending surrender date of August 18, 2025.

Lead counsel for all parties have represented that their clients do not oppose this request.

1.     The current deadline for Mr. Hardaway's opening brief is September 2, 2025. Mr. Hardaway requests a 30-day extension from that date, which would create a new deadline of October 2, 2025. Mr. Hardaway has not requested any prior extension. The three other defendants-appellants in this matter have received a total of three extensions, for a total of 37 days, to file their opening briefs and record excerpts. (Docs. 85, 90, 114).

2.     This extension is necessary for three principal reasons. First, Mr. Hardaway's father passed away this past Wednesday, July 30, 2025. Tending to his father's funeral and settling his father's affairs before reporting to the Bureau of Prisons ("BOP") will—and already has—substantially reduce the time he will be able to assist with the preparation of this appeal.

3.     Second, Mr. Hardaway is currently set to surrender to the BOP to begin serving his sentence on August 18, 2025, two weeks before the current due date.

Once Mr. Hardaway is in prison, it will become difficult to communicate with him. It often takes several days for the BOP to process and deliver mailed documents, and prisoners' access to e-mail is limited. Prisoner e-mail accounts cannot receive attachments and they can only receive a limited amount of text per message. Additional delays are generally expected during a prisoner's initial processing upon surrender, so it will likely be even more difficult to communicate with Mr. Hardaway in the two weeks prior to the due date of his opening and brief.

4.      Together, Mr. Hardaway's surrender date two weeks before his opening brief is due, and the time and attention to arrange for his father's funeral and handle his father's final affairs, will severely hamper Mr. Hardaway's ability to meaningfully participate in this critical appeal.[1]

5.      Third, this appeal presents important and complex questions challenging a series of conspiracy convictions under the Anti-Kickback Statute, 42 U.S.C. 1320a-7b(b). The trial lasted over six weeks, involved over 20 days of testimony from 26 separate individuals, and included over 900 admitted exhibits. The appellate record spans over 7,000 pages. And, this appeal will present critical legal and factual questions challenging the government's alleged "conspiracy"—a

---

[1] Mr. Hardaway is simultaneously filing a motion in the District Court to extend his surrender date to the BOP due to his father's recent death and the attendant arrangements.

5

doctrine known for sweeping in innocent bystanders and "inherently subject to abuse." *United States v. Evans*, 970 F.2d 663, 668 (10th Cir. 1992).

6.     Mr. Hardaway has also added new appellate counsel who did not participate in the substantive proceedings below, and was added only after the verdict was issued. The record is massive and requires extensive review. The extension requested is also necessary to afford for Mr. Hardaway's counsel sufficient time to prepare comprehensive, responsible briefing on the serious questions presented in this appeal.

7.     Accordingly, Mr. Hardaway respectfully requests that the Court extend the time for filing his opening brief and record excerpts until October 2, 2025.

Dated: August 5, 2025          Respectfully submitted,

By:  */s/ Gene R. Besen*
      GENE R. BESEN
      GBesen@sheppardmullin.com
      ELISHA J. KOBRE
      EKobre@Sheppardmullin.com
      SHEPPARD, MULLIN, RICHTER &
      HAMPTON LLP
      2200 Ross Avenue, 20th Floor
      Dallas, Texas 75201
      Telephone (469) 391-7400
      Facsimile (469) 391-7401

      *Counsel for Thomas Gary Hardaway*

## CERTIFICATE OF CONFERENCE

On August 4, 2025, counsel for Thomas Gray Hardaway contacted lead counsel for all parties to determine their clients' respective position regarding this Motion. Counsel for all parties represented that their clients do not oppose Mr. Hardaway's request.

*/s/ Gene R. Besen*
GENE R. BESEN

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the Appellate Electronic Filing system. All counsel of record are registered CM/ECF users, and will be serve by the appellate CM/ECF system.

*/s/ Gene R. Besen*
GENE R. BESEN

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of FED. R. APP. P. 32(a)(7)(b) because, excluding the parts of the document exempted by FED. R. APP. P. 32(f) and 5TH CIR. R. 32.1: this document contains 577 words.

This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and 5TH CIR. R. 32.1 and the type-style requirements of FED. R. APP. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word and produced in Times New Roman 14-point font.

*/s/ Gene R. Besen*
GENE R. BESEN